UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

St. Paul Surplus Lines Insurance,

Plaintiff,

v.

Waco International Corporation,

Defendant.

**Civil No. 00-1514 (DSD/JMM)**

**ORDER GRANTING DEFENDANT'S MOTION FOR AN EXTENSION OF TIME**

Defendant's Motion for an Extension of Time to file its answer or otherwise respond to Plaintiff's Complaint came on for consideration. The Motion was unopposed by Plaintiff's counsel.

Based upon Defendant's Memorandum in Support of the Motion, the Affidavit of David L. Hashmall, all the files and records herein, the law applicable hereto, and the Court being fully advised in the premises, the Court enters the following:

**ORDER**

IT IS HEREBY ORDERED:

1. That Defendant's Motion for an Extension of Time is hereby granted; and

2. Defendant's answer or response to Plaintiff's Complaint is due on Wednesday, November 15, 2000.

IT IS SO ORDERED.

Dated: 10/27, 2000.

BY THE COURT:

[signature]

The Honorable John M. Mason
Magistrate Judge, United States District Court

FILED OCT 27 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD__________
DEPUTY CLERK__________