UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

**Civil No. 00-1514 DSD/JMM**

St. Paul Surplus Lines Insurance,

Plaintiff,

v.

Waco International Corporation,

Defendant.

**STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE**

Plaintiff St. Paul Surplus Lines Insurance Corporation, by and through its attorneys, OPPENHEIMER WOLFF & DONNELLY, LLP, and Defendant Waco International Corporation, by and through their attorneys, FELHABER LARSON FENLON & VOGT, PA, hereby stipulate that the above-captioned matter be dismissed without prejudice without an award of attorneys' fees or costs to either party.

Dated: March 6, 2001.

OPPENHEIMER WOLFF & DONNELLY LLP

By: ______________________________
Jeffrey J. Bouslog (# 174671)
Elliot M. Fliés (# 226956)
3400 Plaza VII, 45 South Seventh Street
Minneapolis, Minnesota 55402
Telephone: (612) 607-7000
Facsimile: (612) 607-7100

ATTORNEYS FOR PLAINTIFF

MPLS 171789-2

3-12-01

Dated: March 9, 2001.

FELHABER, LARSON, FENLON & VOGT, P.A.

By: ______________________
David L. Hashmall, Esq. (# 138162)
601 Second Avenue South, Suite 4200
Minneapolis, Minnesota 55402-4302
Telephone: (612) 339-6321
Facsimile: (612) 338-0535

ATTORNEYS FOR DEFENDANT

**ORDER FOR DISMISSAL WITH PREJUDICE**

Based upon the above stipulation, it is hereby ORDERED that this matter is dismissed without prejudice and without the award of costs or attorneys' fees to either party.

BY THE COURT:

Dated: March 9, 2001

______________________
The Honorable David S. Doty
Judge of the District Court